Kenneth GILMORE, Jr.,
Plaintiff–Appellant,

v.

James L. STONE, Commissioner, New York State Department of Mental Health; Bruce Barten, M.D., Department of Mental Health; Brion Travis, Chairman, Board of Parole; Commissioner McSherry, Commissioner, New York State Board of Parole; Commissioner Umina, Commissioner, New York State Board of Parole; Commissioner Gonzalez, Commissioner, New York State Board of Parole; Commissioner Eichelberger, Commissioner, New York State Parole Board; David Molik, Senior Attorney for the Division of Parole; Scott Clair, Unit Chief of Attica Satellite Unit; John Sikora, Facility Parole Officer, Wyoming Correctional Facility; Larry McQuinn, Facility Parole Officer, Frankfort Correctional Facility; All State Defendants sued in their individual and official capacities; Commissioner Treen, Commissioner, New York State Board of Parole; Commissioner Smith, Commissioner, New York State Board of Parole; Commissioner Thomas, Commissioner, New York State Board of Parole; Commissioner Mills, Commissioner, New York State Board of Parole; Commissioner Scott, Commissioner, New York State Board

of Parole; Commissioner Graber, Commissioner, New York State Board of Parole; Commissioner Jones, Commissioner, New York State Board of Parole; Commissioner Vizzie, Appellate Unit of the New York State Board of Parole; Commissioner Tappen, Appellate Unit of the New York State Board of Parole; Commissioner Gailor, Appellate Unit of the New York State Board of Parole, Defendants–Appellees.

No. 03–0276.

United States Court of Appeals, Second Circuit.

Dec. 17, 2004.

Kenneth Gilmore, Jr., Staten Island, NY, for Appellant, pro se.

Frank K. Walsh, Assistant Solicitor General (Eliot Spitzer, Attorney General of the State of New York, Nancy A. Spiegel, Senior Assistant Solicitor General, on the brief), Albany, NY, for Defendants–Appellees Clair, Sikora, McQuinn, Smith, Scott, Graber, Vizzie, Tappen, Gailor, Stone, Barton, and Travis.

PRESENT: Hon. JOHN M. WALKER, Jr., Chief Judge, Hon. RICHARD J. CARDAMONE, and Hon. PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Kenneth Gilmore, Jr., appeals from a September 30, 2003, judgment of the United States District Court for the Northern District of New York (Lawrence E. Kahn, *Judge*) dismissing Gilmore's claims against all defendants-appellees. On appeal, Gilmore argues that (1) various defendants-appellees unconstitutionally deprived him of a liberty interest afforded by the New York parole statute; (2) application of a parole statute enacted subsequent to his conviction violated the Ex Post Facto Clause of the U.S. Constitution; (3) various defendants-appellees deprived him of his right to be free from cruel and unusual punishment by failing to provide parole officials with a mental health report; (4) the district court improperly dismissed his retaliation claim against defendant-appellee Sikora without permitting Gilmore to amend his complaint and conduct further discovery; and (5) the district court, acting *sua sponte*, improperly dismissed his claims against nine of the defendants-appellees for failure to serve process, without first giving adequate notice to Gilmore. Familiarity with the facts and proceedings below is assumed.

As we find no reversible error in the district court's decision, the judgment of the district court is hereby AFFIRMED.